# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE<br>08C | 2. PERSON REPRESENTED<br>HUMPHREY, BRUCE | | VOUCHER NUMBER<br>13168902 |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>4:12-000128-001 | 5. APPEALS DKT./DEF. NUMBER<br>X:13-001689-001 | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>US v. HUMPHREY | 8. PAYMENT CATEGORY<br>Other | 9. TYPE PERSON REPRESENTED<br>Appellant | 10. REPRESENTATION TYPE<br>Appeal of Trial Disposition |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

**FILED**
**NOV - 7 2013**
**MICHAEL E. GANS**
**CLERK OF COURT**

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
BOHNET, ERIC C.
6617 Southern Cross Drive
Indianapolis IN 46237

Telephone Number: (317) 750-8503

13. COURT ORDER
☒ O Appointing Counsel   ☐ C Co-Counsel
☐ F Subs For Federal Defender   ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney   ☐ Y Standby Counsel

Prior Attorney's Name:
Appointment Date:

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
05/02/2013
Date of Order — Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☒ NO

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| **In Court** d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $       ) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | 5.9 | | | | |
| b. Obtaining and reviewing records 36.9 @ 125 = 4612.50 | 12.2 | | | | |
| **Out of Court** c. Legal research and brief writing 30.3 @ 110 = 3333.00 | 49.5 | | | | |
| d. Travel time | 67.2 | 7945.50 | — | | |
| e. Investigative and Other work (Specify on additional sheets) | | | — | | |
| (Rate per hour = $125/110 ) TOTALS: | | 7948 | 67.2 | 7,945.50 | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | 952.54 | | 952.54 | |
| | | 8900.54 | | 8,898.04 | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM Nov 1, 2013 TO Oct 28, 2013

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS ☐ Final Payment ☒ Interim Payment Number 1 ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation? ☐ YES ☒ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: Eric Bohnet     Date: Oct. 28, 2013

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP.<br>—0— | 30. OUT OF COURT COMP.<br>$6900.00 | 31. TRAVEL EXPENSES<br>—0— | 32. OTHER EXPENSES<br>952.54 | 33. TOTAL AMT. APPROVED<br>$7852.54 |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE<br>Nov. 1, 2013 | 34a. JUDGE CODE<br>-820 |

See In re Carlyle, 644 F.3d 694, 699-700 (8th Cir. 2011).

Appellate Case: 13-1689    Page: 1    Date Filed: 11/07/2013 Entry ID: 4093812